IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01151-WYD-CBS

WILLIAM CORNELL and
KIMBERLY CORNELL,

    Plaintiffs,

v.

OSI COLLECTION SERVICES, INC., a Delaware corporation,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and being fully advised in the premises, DOES HEREBY

ORDER that this case is **DISMISSED WITH PREJUDICE**, each party to pay its own attorney's fees and costs.

Dated:  November 20, 2006

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    U. S. District Judge